UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIMMIE C. ROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1272 HEA |
| | ) |
| ROADWAY EXPRESS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Strike, [#47]. Defendant alleges that Plaintiff, in support of his response in opposition to Defendant's Motion for Summary Judgment, attached approximately forty exhibits which are unverified and/or contain inadmissible hearsay. Defendant asks that these exhibits be stricken from the record. The Court, however, will accept Plaintiff's exhibits as filed, as it is capable of determining which exhibits are appropriate for consideration.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike, [#47], is denied.

Dated this 18th day of April, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE